Form orlfstay

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

Kristi L. Howes

Debtor(s)

CHAPTER 7
Bankruptcy No.
*09−31357*

RELATES TO DOCKET NO. 8

MOVANT: Creditor TruWest Credit Union

## ORDER Regarding Stay

    No resistance to the motion for relief from stay having been filed by the debtor or any party in interest, no hearing was held;

    IT IS THEREFORE ORDERED the motion for relief from stay is granted. Fed.R.Bankr.P. 4001(a)(3) is applicable unless waiver was requested in the orginal motion.

SO ORDERED this December 21, 2009

**/s/ William A. Hill**
Judge, U.S. Bankruptcy Court